# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. WOODS, | )<br>) |
| Petitioner, | ) Civil Action No. 08-121<br>) Judge Ambrose |
| v. | ) Magistrate Judge Bissoon<br>) |
| SUPT. DAVID DIGUGLIELMO, *et al.*, | )<br>) |
| Respondents. | ) |

## MEMORANDUM ORDER

Thomas Woods's Petition for Writ of Habeas Corpus (Doc. 4) was received by this Court on January 28, 2008, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. 42), filed on August 16, 2010, recommended that the Petition be dismissed on the merits, and that a certificate of appealability be denied. Plaintiff filed objections to the Report on September 14, 2010 (Doc. 44).

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections filed by the Plaintiff, the following order is entered:

AND NOW, this 4th day of Jan., 2011,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge

Bissoon (Doc. 42), dated August 16, 2010, is adopted as the opinion of the Court. The Clerk is directed to mark this case CLOSED.

s/ Donetta W. Ambrose
Donetta W. Ambrose
Senior United States District Judge

cc:
**THOMAS E. WOODS**
DE 4522
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112